**EXHIBIT A**

**TO MOTION FOR AWARD OF FEES AND COSTS**

1

**THORPE SHWER, P.C.**
Bradley D. Shwer (No. 022696)
Sara R. Witthoft (No. 023521)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: bshwer@thorpeshwer.com
Email: switthoft@thorpeshwer.com
Email: docket@thorpeshwer.com

2

3

4

5

6

*Attorneys for Plaintiff*
*Advanced Reimbursement Solutions, LLC*

7

8

## IN THE UNITED STATES DISTRICT COURT

9

## FOR THE DISTRICT OF ARIZONA

10

| | |
|---|---|
| Advanced Reimbursement Solutions, LLC, a Delaware limited liability company, | NO. 2:17-cv-01688-DWL |
| Plaintiff, | **DECLARATION OF SARA R. WITTHOFT IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS** |
| vs. | |
| Spring Excellence Surgical Hospital, LLC, a Texas limited liability company, | |
| Defendant. | |

11

12

13

14

15

16

17    Sara Witthoft, upon her oath, states the following:

18    1.    I am a partner in Thorpe Shwer PC, which is counsel for Plaintiff Advanced

19  Reimbursement Solutions ("ARS"), in the above-captioned action. I submit this

20  declaration in support of ARS' Motion for Award of Attorneys' Fees and Costs, which is

21  filed herewith. That motion seeks, in part, an award of fees and costs incurred in

22  prosecuting multiple of ARS' motions for summary judgment, which the Court granted

23  on May 10, 2019 and February 6, 2020 respectively.

24    2.    I have been licensed to practice law in the State of Arizona since 2004 and

25  have practiced in Phoenix since that time, concentrating in commercial litigation and

26  bankruptcy in both trial and appellate courts. I am personally familiar with the work

27  performed in this case and make this declaration based on matters within my own

28

THORPE SHWER, P.C.

9141742

1  personal knowledge and matters shown upon the regularly-kept business records of
2  Thorpe Shwer, PC.

3      3.    As indicated on the itemized summary attached hereto as **Exhibit 1**, ARS is
4  requesting reimbursement for $288,409.50 of the attorney fees associated with my firm's
5  participation in the above-captioned matter.

6      4.    By separate declaration, ARS is requesting $234,179.10 of the attorney fees
7  that it incurred as a result of the work of ARS' previous counsel, Schian Walker, PLC, in
8  this matter.

9      5.    The attached summary specifically itemizes the requested fees for Thorpe
10  Shwer by date, description of services rendered, hours expended, and the names of the
11  professional performing the work. This summary was compiled from the
12  contemporaneous time records maintained by Thorpe Shwer in the normal course of
13  business and prepared by the lawyer performing the service. The fees incurred and the
14  time spent were reasonable and necessary given the circumstances of the case. The
15  described fees were billed on an hourly basis, calculated by dollar value of the services
16  performed at the corresponding hourly rates. Time was billed in increments of 1/10 of an
17  hour.

18      6.    All attorneys of Thorpe Shwer exercised sound billing judgment. The
19  attached summary does not include fees that may have been written off at the time.
20  Thorpe Shwer did its best to eliminate duplicative, unnecessary, and excessive time
21  entries.

22      7.    My time was billed to ARS at the rate of $325 and $375 per hour—the
23  difference resulting from a yearly increase in my billable rate. Other partners—Brad
24  Shwer and Andrea Marconi—billed at the rate of $335 and $375. Associates of the
25  firm—Victoria Dunne, Matt Baltierra, and Elisabeth Martini—billed at the rate of $285.
26  Paralegals billed at the rate of $130. I am familiar with the rates normally charged in the
27  Phoenix community by lawyers of comparable experience, performing similar services.
28  My rates, and the rates charged by other professionals in this matter, including those

THORPE SHWER, P.C.

2

1    incurred by Schian Walker in this matter (*See* Declaration of Tyler Grim attached to
2    Motion for Award of Attorneys' Fees and Costs as Exhibit B) are equal to or below the
3    rates usually charged for similar services, by comparable firms, in the Phoenix legal
4    community.

5         8.     I graduated from the James E. Rogers College of Law at the University of
6    Arizona and was licensed to practice law in 2004 after clerking on the Arizona Court of
7    Appeals for the Honorable James B. Sult (ret.). Previously, I was partner at two Phoenix
8    law firms. My practice has focused extensively on commercial litigation, and
9    construction-related disputes. Additionally, I have served as general counsel to chapter 7
10   bankruptcy trustees. Mr. Shwer is a founding partner of Thorpe Shwer and has extensive
11   experience in civil and commercial litigation in federal and state courts around the
12   country. Mr. Shwer graduated from the Sandra Day O'Connor College of Law at Arizona
13   State University and was admitted to practice in 2003. Ms. Marconi also graduated from
14   the Sandra Day O'Connor College of Law at Arizona State University in and was
15   admitted to practice in 2003. Ms. Marconi has extensive experience in complex
16   commercial litigation, franchise litigation and banking issues. Victoria Dunne graduated
17   from Suffolk University School of Law in 2012 and was admitted to practice that same
18   year. Her experience includes all aspects of civil litigation and commercial litigation.
19   Matt Baltierra graduated from Pepperdine University School of Law in 2008 and was
20   admitted to practice that same year. Mr. Baltierra has extensive litigation experience
21   including commercial disputes, construction litigation, and professional liability.
22   Elisabeth Martini graduated from the Sandra Day O'Connor College of Law at Arizona
23   State University and was admitted to practice in 2013. Ms. Martini practices in the areas
24   of commercial litigation, products liability, professional liability, construction defect,
25   insurance coverage, and personal injury. All attorneys working on the above-captioned
26   matter possess qualities and reputations necessary to achieving success in litigation. The
27   partners working on the above-captioned matter have extensive experience in commercial
28   litigation and supervised associates assigned to the case accordingly.

THORPE SHWER, P.C.

9141742

9.     ARS has paid, or have agreed to pay, to Thorpe Shwer, PC the total amount of the fees set forth in the summary. See also, Fee Agreement between ARS and Thorpe Shwer, PC attached hereto as **Exhibit 2**.

10.    The summary does not include all amounts "written off" when billed.

11.    As a further effort to be more than reasonable in its fee request, ARS is not requesting reimbursement for the fees incurred in preparation of its Motion for Attorney Fees and Costs.

12.    I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of February, 2020.

THORPE SHWER, P.C.

By */s/ Sara R. Witthoft*
       Sara R. Witthoft

THORPE SHWER, P.C.

4

9141742

# EXHIBIT 1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 12/11/2018 | Andrea Marconi | 0.50 | 167.50 | Telephone conference with Mr. Grim to discuss [redacted for privilege] (.2); review of order lifting stay (.1); evaluate next steps in case, including substitution of counsel needed and response to motion to change venue (.2). |
| 12/11/2018 | Sara Witthoft | 1.90 | 617.50 | SESH/Joanna Davis Matter: Review and analyze non-dischargeability complaint filed as adversary proceeding in Joanna Davis' bankruptcy case, ARS' motion for partial summary judgment regarding liability in district court case against SESH, ARS' third amended complaint filed in district court, SESH's answer to third amended complaint filed in district court, and SESH's renewed motion to transfer venue to the Southern District of Texas (1.9). |
| 12/12/2018 | Andrea Marconi | 3.10 | 1,038.50 | Develop strategy for response to renewed motion to transfer venue (.2); evaluate issues and strategy for substitution of counsel filing (.1); review applicable court rules and evaluate strategy for withdrawal of counsel and substitution paperwork to file with court (.3); review and analyze third amended complaint, order o original venue motion, answer and defendant's renewed motion for transfer of venue in preparation for drafting response and moving forward with defense of action (1.6); draft application for withdrawal of Schian Walker as counsel and substitution and proposed order granting same (.7); draft engagement letter [NO CHARGE .2]. |

| | | | |
|---|---|---|---|
| 12/12/2018 | Sara Witthoft | 2.80 | 910.00 | SESH Matter: Meeting with Andrea Marconi regarding **[redacted for privilege]** (.5); review email correspondence from James Allen regarding said matter (.2); review email correspondence from Cody Jess regarding outstanding issues, pending deadlines, and transfer of file (.2); review AZ District Court Local Rule 83.3 and review application and proposed order for substitution of counsel and confer with Andrea Marconi regarding same (.3); review and analyze SESH's reply with respect to motion to suspend deadlines pending resolution of motion to transfer venue, ARS' notice of lifting of automatic stay in bankruptcy matters, SESH's objection to ARS' notice regarding lifting of stay, ARS' response to said objection, and December 7, 2018 order lifting stay imposed in district court and imposing December 21 deadline for response to renewed motion to transfer venue (1.3); review and analyze Cody Jess' draft response to renewed motion to change venue and begin to revise same (.3). |
| 12/13/2018 | Brad Shwer | 0.60 | 201.00 | Conference with Mr. Jess regarding case status (.2); assess various documents related to same (.4) |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 12/13/2018 | Andrea Marconi | 3.50 | 1,172.50 | Further evaluate issues and strategy regarding [redacted for privilege] (.2); review and analyze numerous pertinent pleadings filed in case, including regarding Bankruptcy Court orders and lifting of stay related to certain discovery and other issues, and motions to suspend deadlines pending resolution of venue, as well as research case docket for other pertinent filings that will assist in preparing response to motion for venue transfer (.8); review draft response to venue motion and evaluate revisions and supplementation needed to same, including because of dismissal of Davis defendant, which impacts motion, as well as refine argument strategy for response to venue motion in light of recent case developments including dismissal of Ms. Davis and motion to reconsider lifting of stay pending in Bankruptcy Court cases regarding Davis and Russell (1.6); review order setting Rule 16 conference and evaluate related deadlines and requirements (.2); draft detailed correspondence to client regarding withdrawal and substation papers and Rule 16 order (.1); correspond with Mr. Jess regarding withdrawal and substitution papers and filing of same (.1); telephone call with Mr. Jess and B. Shwer to discuss transfer of file documents and related issues (.5). |
| 12/13/2018 | Sara Witthoft | 1.50 | 487.50 | SESH Matter: Confer with Andrea Marconi regarding ex parte application for substitution of counsel and revisions thereto (.3); meeting with Andrea regarding response to renewed motion to transfer venue (.9); review docket for Joanna Davis' chapter 7 bankruptcy case (.3). |
| 12/14/2018 | Carmen Boubek | 2.20 | 286.00 | (Paralegal) Analyze case file documents provided by Schian Walker |
| 12/14/2018 | Carmen Boubek | 0.60 | 78.00 | (Paralegal) Assist with the preparation of response to renewed motion to transfer venue to the Southern District of Texas |
| 12/15/2018 | Andrea Marconi | 3.60 | 1,206.00 | Review and analyze key case law cited in draft response to renewed motion to transfer venue and evaluate same and potential additional cases for use in response (2.2); review and analyze additional pertinent filings in case, including prior venue motion briefing, motion to suspend deadlines, key affidavits filed in case, and also review and analyze applicable contracts key to claims in case (1.4). |

| Date | Name | Amount | Description |
|------|------|--------|-------------|
| 12/17/2018 | Carmen Boubek | 572.00 | (Paralegal) Continue to analyze documents provided by Schian Walker |
| 12/17/2018 | Andrea Marconi | 1,012.50 | Revise and supplement response to renewed motion to dismiss, with emphasis on sections regarding 1404 transfer and forum selection clause arguments. |
| 12/17/2018 | Sara Witthoft | 1,462.50 | Review bankruptcy court docket for Joanna Davis and pertinent filings and orders, and work on response to SESH's Renewed Motion to Transfer Venue to the Southern District of Texas. |
| 12/18/2018 | Carmen Boubek | 364.00 | (Paralegal) Continue to analyze documents provided by Schian Walker |
| 12/18/2018 | Carmen Boubek | 338.00 | (Paralegal) Analyze documents produced by defendants |
| 12/18/2018 | Andrea Marconi | 150.00 | Evaluate issues and strategy regarding need for protective order in case as well as appropriateness of disclosure of EBA with response, including review prior filings of EBA with court in public record (.2); telephone conference with Mr. Grim and Mr. Lowden to discuss[redacted for privilege] (.2). |
| 12/19/2018 | Brad Shwer | 187.50 | Assess renewed motion to transfer venue |
| 12/19/2018 | Andrea Marconi | 225.00 | Review and evaluate client comments to draft of response to renewed venue motion and revise and incorporate draft to incorporate same (.6). |
| 12/19/2018 | Sara Witthoft | 325.00 | Meeting with Andrea Marconi regarding strategy with respect to response to SESH's renewed motion for transfer of venue and confidentiality issues going forward (.3); read and consider email from Doug Lowden regarding [redacted for privilege] (.7). |
| 12/20/2018 | Andrea Marconi | 412.50 | Further revise to incorporate client comments and globally refine response to SESH's venue motion, make final edits and finalize exhibits for filing tomorrow. |
| 12/20/2018 | Sara Witthoft | 455.00 | Review dockets for Joanna Davis and Devorshia Russell's bankruptcy proceedings in Southern District of Texas and analyze status of same (.3); review and revise response to renewed motion to transfer venue (1.1). |
| 12/21/2018 | Brad Shwer | 300.00 | Assess response to motion to transfer venue (.7); correspondence with client regarding same (.1) |
| 12/21/2018 | Carmen Boubek | 91.00 | (Paralegal) Assist with the preparation of response to renewed motion to transfer venue |
| 12/21/2018 | Andrea Marconi | 37.50 | Correspondence with defense counsel to discuss Rule 26(f) conference (.1). |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 12/21/2018 | Sara Witthoft | 0.90 | 292.50 | Finalize response to SESH's renewed motion to transfer venue for filing. |
| 12/26/2018 | Brad Shwer | 0.60 | 225.00 | Various conferences, correspondence, and issue review related to stipulation to extend SESH's reply to venue brief |
| 12/26/2018 | Andrea Marconi | 0.60 | 225.00 | Review request for extension of time from SESH counsel and confer with Mr. Lowden regarding same (.2); review and send voluminous emails with legal team and client representatives throughout day to discuss various issues regarding extension and pushing case deadlines and activity moving forward (.4) |
| 12/26/2018 | Sara Witthoft | 1.00 | 325.00 | Review multiple emails from James Allen, Greg Maldonado, and Doug Lowden regarding [redacted for privilege] (.4); email to James Allen, Greg Maldonado, and Doug Lowden [redacted for privilege] (.3); review draft stipulation and proposed order extending said deadline and email to Kyle Hirsch regarding same (.3). |
| 1/2/2019 | Andrea Marconi | 3.50 | 1,312.50 | Review and analyze numerous prior discovery and scheduling orders and joint reports, as well as discovery disputes, pending depositions noticed prior to stay, subpoenas issued and other pertinent filings in case to evaluate prior case deadlines and discovery issues raised and otherwise prepare for Rule 26(f) discovery conference with defense counsel today (1.9); brief review of nature of parties' prior discovery responses and documents produced in case to ascertain scope of prior discovery conducted (.2); further prepare strategy for Rule 26(f) conference with S. Witthoft (.5); telephone conference with S. Witthoft and defense counsel to conduct Rule 26(f) discovery conference (.7); evaluate outcome of call and preliminary next steps (.2). |
| 1/2/2019 | Sara Witthoft | 3.50 | 1,137.50 | Review docket and previous filings relating to discovery and scheduling to prepare for Rule 26(f) conference with SESH's counsel (2.1); meeting with Andrea Marconi to prepare for Rule 26(f) conference (.5); participate in telephonic Rule 26(f) conference with SESH's counsel (.7); meeting with Andrea Marconi regarding Rule 26(f) conference and next steps (.2). |
| 1/3/2019 | Carmen Boubek | 0.50 | 65.00 | (Paralegal) Prepare joint case management report |
| 1/3/2019 | Andrea Marconi | 0.90 | 337.50 | Correspondence with client regarding [redacted for privilege] (.1); telephone conference with Messrs. Lowden and Grim and S. Witthoft to discuss Rule 26(f) conference, joint report and related discovery deadlines and case strategy for moving forward (.8). |

| Date | Name | Amount | Description | Hours |
|---|---|---|---|---|
| 1/3/2019 | Sara Witthoft | 292.50 | Teleconference with Doug Lowden and Tyler Grim regarding [redacted for privilege] | 0.90 |
| 1/4/2019 | Andrea Marconi | 150.00 | Review and analyze opinion letter regarding [redacted for privilege] | 0.40 |
| 1/7/2019 | Brad Shwer | 187.50 | Evaluate recent briefing, including reply, and correspondence from client regarding same | 0.50 |
| 1/7/2019 | Carmen Boubek | 286.00 | (Paralegal) Prepare discovery and disclosures for attorney analysis | 2.20 |
| 1/7/2019 | Carmen Boubek | 286.00 | (Paralegal) Analyze documents produced by SESH | 2.20 |
| 1/7/2019 | Andrea Marconi | 337.50 | Review and analyze reply filed by defendants in support of renewed motion for venue transfer and evaluate same to address questions raised by client as well as assess allegations regarding defendants' intention to amend complaint to add additional claims and parties (.6); review and draft/exchange detailed correspondence with Mr. Lowden regarding his questions regarding reply brief and assertions made by defense in same (.3). | 0.90 |
| 1/7/2019 | Sara Witthoft | 422.50 | Review and analyze SESH's reply in support of renewed motion to transfer venue to the Southern District of Texas (.7); read and consider email correspondence from Doug Lowden regarding said reply (.2); meeting with Andrea Marconi to discuss strategy and analyze next steps (.4). | 1.30 |
| 1/8/2019 | Carmen Boubek | 806.00 | (Paralegal) Continue to analyze documents produced by defendants | 6.20 |
| 1/9/2019 | Carmen Boubek | 546.00 | (Paralegal) Continue to analyze 50,000 pages of documents produced by parties | 4.20 |
| 1/9/2019 | Andrea Marconi | 1,650.00 | Review pertinent case file materials and orders and draft detailed and lengthy joint case management report required by court (4.0); evaluate strategy for potential continued settlement conference (.4). | 4.40 |
| 1/9/2019 | Sara Witthoft | 130.00 | Confer with Andrea Marconi regarding strategy going forward and issues related to preparation of Rule 26(f) report. | 0.40 |
| 1/10/2019 | Carmen Boubek | 702.00 | (Paralegal) Continue to analyze 50,000 pages of documents produced by parties | 5.40 |

| Date | Timekeeper | Amount | Description | Hours |
|---|---|---|---|---|
| 1/10/2019 | Andrea Marconi | 1,275.00 | Continued work on and revisions to draft joint report and send to client for review and comment (.8); preliminary review and analysis of motion for partial summary judgment and state of facts supporting same (.8); evaluate and assess potential impact of third amended complaint and new claim for breach of NDA and its filing after the motion for summary judgment on liability, including consider whether motion can be supplemented to include arguments regarding NDA and related strategy issues (.4); review and analyze correspondence from Mr. Lowden regarding [redacted for privilege] (.1); evaluate strategy and issues regarding re-commencing settlement discussions and timing of same and draft detailed correspondence to client [redacted for privilege] (.8); revise joint report to include client comments and send to SESH counsel for review and comment (.2); evaluate issues relating to and review and exchange emails with client regarding [redacted for privilege] (.1); further review and exchange correspondence with Mr. Lowden regarding various case strategy issues (.2). | 3.40 |
| 1/10/2019 | Sara Witthoft | 162.50 | Review and revise draft Rule 26(f) joint report (.5). | 0.50 |
| 1/10/2019 | Sara Witthoft | 877.50 | Meeting with Andrea Marconi to discuss strategy and discovery-related issues (.4); read and consider emails from Doug Lowden regarding [redacted for privilege](1.1); read and consider emails from Doug Lowden regarding discovery to be conducted (.3); review and consider motion for partial summary judgment and consider discovery to be conducted (.9). | 2.70 |
| 1/11/2019 | Carmen Boubek | 858.00 | (Paralegal) Continue to analyze 50,000 pages of documents produced by parties | 6.60 |
| 1/11/2019 | Andrea Marconi | 225.00 | Review and analyze court order denying venue motion and draft correspondence to client regarding same (.3); evaluate next steps and strategy in case in light of same (.3). | 0.60 |
| 1/11/2019 | Sara Witthoft | 97.50 | Review and consider Order denying SESH's renewed motion to transfer venue. | 0.30 |
| 1/14/2019 | Carmen Boubek | 403.00 | (Paralegal) Continue to analyze 25,000 pages of documents produced by defendants | 3.10 |
| 1/14/2019 | Andrea Marconi | 412.50 | Review and analyze parties' initial and supplemental MIDP disclosures and evaluate ARS RFP and supplemental responses for use in proceeding with prosecution of case (1.1). | 1.10 |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 1/15/2019 | Carmen Boubek | 5.00 | 650.00 | (Paralegal) Continue to analyze 25,000 pages of documents produced by defendants |
| 1/15/2019 | Andrea Marconi | 0.10 | 37.50 | Correspondence with SESH counsel regarding follow up on draft joint report (.1) |
| 1/15/2019 | Sara Witthoft | 0.30 | 97.50 | Review and analyze SESH's revisions to draft Rule 26(f) report. |
| 1/16/2019 | Brad Shwer | 1.00 | 375.00 | Review numerous recent filings, including joint report, and related documents |
| 1/16/2019 | Carmen Boubek | 6.10 | 793.00 | (Paralegal) Continue to analyze 50,000 pages of documents produced by parties |
| 1/16/2019 | Andrea Marconi | 3.10 | 1,162.50 | Review and evaluate additional language and suggested edits from SESH to joint case management report and further revise to incorporate same as well as evaluate next steps and strategy issues regarding upcoming discovery and briefing in case, as well as defense of expected counterclaims and third party claims by SESH (2.2); draft detailed correspondence to clients and exchange follow up communications regarding [redacted for privilege] (.2); further correspondence with Mr. Crane regarding joint report prior to filing (.2); make final edits to joint report and file today (.5). |
| 1/16/2019 | Sara Witthoft | 1.30 | 422.50 | Strategize with Andrea Marconi regarding SESH's changes to draft Rule 26(f) report and changes to ARS's portions of said report in response thereto (.3); review and revise said Rule 26(f) report (.6); review and consider email from Doug Lowden regarding [redacted for privilege] (.2); review email from Dan Crane regarding SESH's additional revisions to Rule 26(f) report and confer with Andrea Marconi regarding finalization of same (.2) |
| 1/17/2019 | Carmen Boubek | 2.80 | 364.00 | (Paralegal) Continue to analyze 50,000 page of documents produced by parties |
| 1/17/2019 | Andrea Marconi | 0.10 | 37.50 | Correspondence to client regarding joint report filing (.1) |
| 1/18/2019 | Carmen Boubek | 4.70 | 611.00 | (Paralegal) Continue to analyze 50,000 pages of documents produced by parties |
| 1/21/2019 | Carmen Boubek | 5.10 | 663.00 | (Paralegal) Continue to analyze 50,000 pages of documents produced by parties |
| 1/21/2019 | Carmen Boubek | 0.20 | 26.00 | (Paralegal) Assist with rule 16 hearing |
| 1/22/2019 | Brad Shwer | 0.20 | 75.00 | Assess various correspondence from client and attention to same |
| 1/22/2019 | Carmen Boubek | 0.70 | 91.00 | (Paralegal) Continue to assist with the preparation of Rule 16 case management conference |
| 1/22/2019 | Carmen Boubek | 1.40 | 182.00 | (Paralegal) Prepare discovery documents for attorney analysis |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 1/22/2019 | Andrea Marconi | 2.60 | 975.00 | Review pertinent filings, documents, and other materials and evaluate strategy issues in preparation for tomorrow's case management conference (2.1); review and exchange correspondence with client regarding [redacted for privilege] (.2); assess status of efforts to synthesize and prepare for review 50,000 plus documents produced by parties in case and evaluate strategy regarding preliminary review process (.3). |
| 1/22/2019 | Sara Witthoft | 0.50 | 162.50 | Review and consider email correspondence from Doug Lowden regarding [redacted for privilege] (.2); review bankruptcy court dockets for Joanna Davis and Devorshia Russell and analyze status of said bankruptcy cases (.3). |
| 1/23/2019 | Brad Shwer | 0.30 | 112.50 | Assess results from conference with court this morning |
| 1/23/2019 | Carmen Boubek | 5.80 | 754.00 | (Paralegal) Continue to analyze 50,000 pages of documents produced by parties |
| 1/23/2019 | Andrea Marconi | 4.20 | 1,575.00 | Final preparations for, travel to and attend Rule 16 case management conference, including communications with SESH counsel after same regarding next steps in case and further evaluate same (3.0); begin to evaluate strategy for next steps in case, including discovery prior to summary judgment motion, consider potential experts and other discovery issues and strategy (.6); telephone conference with Messrs. Grim and Lowden [redacted for privilege](.6). |
| 1/24/2019 | Sara Witthoft | 4.30 | 1,397.50 | Prepare for Rule 16 scheduling conference (.9); travel to and from Federal Court and participate in Rule 16 scheduling conference (1.8); review and consider minute entry regarding Rule 16 scheduling conference (.1); review and analyze scheduling order entered by Judge Lanza (.3); meeting with Andrea Marconi to discuss strategy regarding discovery including potential expert testimony (.5); teleconference with Tyler Grim and Doug Lowden regarding [redacted for privilege] (.7). |
| 1/24/2019 | Carmen Boubek | 0.30 | 39.00 | (Paralegal) Analyze court docket regarding membership detail of ARS |
| 1/24/2019 | Carmen Boubek | 2.00 | 260.00 | (Paralegal) Prepare protective order |
| 1/24/2019 | Carmen Boubek | 1.10 | 143.00 | (Paralegal) Analyze 50,000 pages of documents produced by parties |
| 1/24/2019 | Andrea Marconi | 0.20 | 75.00 | Analysis of issues and strategy for protective order needed (.2) |

| Date | Name | Amount | Description |
|---|---|---|---|
| 1/25/2020 | Carmen Boubek | 5.30 | 689.00 | (Paralegal) Continue to analyze 50,000 pages of documents produced by parties |
| 1/26/2019 | Andrea Marconi | 2.40 | 900.00 | Review and analyze ARS and SESH discovery requests and all responses, including supplemental responses, and assess key areas of focus for upcoming review of all documents produced as well as evaluate potential areas for follow up party and third-party discovery. |
| 1/28/2019 | Carmen Boubek | 7.20 | 936.00 | (Paralegal) Continue to analyze 50,000 pages of documents produced by parties |
| 1/28/2019 | Sara Witthoft | 1.20 | 390.00 | Review and analyze discovery responses served by ARS and SESH and analyze next steps with respect to additional discovery to be conducted. |
| 1/28/2019 | Victoria Dunne | 1.90 | 541.50 | Review and analyze Case Docket in preparation for evaluating case status and upcoming discovery needs. |
| 1/28/2019 | Victoria Dunne | 1.70 | 484.50 | Review and analyze Third Amended Complaint in preparation for engaging in discovery and evaluating potential motion practice. |
| 1/28/2019 | Victoria Dunne | 1.50 | 427.50 | Review and analyze Answer to Third Amended Complaint in preparation for engaging in discovery and evaluating potential motion practice. |
| 1/28/2019 | Victoria Dunne | 0.90 | 256.50 | Review and analyze Joint Case Management Report in preparation for anticipating future tactics from Defendants and coordinating discovery. |
| 1/29/2019 | Carmen Boubek | 4.00 | 520.00 | (Paralegal) Continue to analyze documents produced by parties |
| 1/29/2019 | Andrea Marconi | 0.80 | 300.00 | Telephone call with Mr. Hirsch to discuss issues regarding potential change in counsel and scheduling of upcoming depositions to meet court deadlines (.2); evaluate next steps and strategy in light of same (.3); preliminary assessment of additional file materials received from Schian Walker and strategize for best strategy to accomplish review of same (.3). |
| 1/29/2019 | Sara Witthoft | 0.40 | 130.00 | Teleconference with Kyle Hirsch regarding status of substitution of counsel and scheduling depositions (.2); strategize with Andrea Marconi regarding next steps (.2). |
| 1/29/2019 | Victoria Dunne | 1.10 | 313.50 | Review and analyze Plaintiff's Motion for Partial Summary Judgment in preparation for engaging in discovery. |
| 1/29/2019 | Victoria Dunne | 0.90 | 256.50 | Review and analyze Statement of Facts in support of Motion for Partial Summary Judgment. |

| | | | |
|---|---|---|---|
| 1/29/2019 | Victoria Dunne | 1.30 | 370.50 | Review and analyze Exhibits 1-2 to Statement of Facts in support of Motion for Partial Summary Judgment in preparation for developing discovery strategy. |
| 1/30/2019 | Carmen Boubek | 5.80 | 754.00 | (Paralegal) Continue to analyze 5,000 documents produced by defendant |
| 1/30/2019 | Sara Witthoft | 1.30 | 422.50 | Review of categories of documents disclosed/produced and documents held back pursuant to privilege, and analyze strategy with respect to next steps for discovery and case management. |
| 1/30/2019 | Victoria Dunne | 1.60 | 456.00 | Review and analyze Plaintiff SESH's Original Petition, Request for Temporary Restraining Order, Permanent Injunction, and Disclosure in cv 2017-30828 in preparation for developing discovery plan. |
| 1/30/2019 | Victoria Dunne | 1.40 | 399.00 | Review and analyze Plaintiff SESH's First Amended Petition an Request for Disclosure in cv 2017-30828 in preparation for developing discovery plan. |
| 1/30/2019 | Victoria Dunne | 0.20 | 57.00 | Review and analyze November 22, 2017 Correspondence to Plaintiffs' counsel regarding SESH's bad faith denial of Ms. Davis' actual authority to contract on its behalf in preparation for developing discovery plan. |
| 1/30/2019 | Victoria Dunne | 0.70 | 199.50 | Review and analyze Plaintiff SESH's Second Amended Original Petition and Disclosure in cv 2017-30828 in preparation for developing discovery plan. |
| 1/30/2019 | Victoria Dunne | 0.10 | 28.50 | Review and analyze Affidavit of Debra Sofia in preparation for developing discovery plan. |
| 1/30/2019 | Victoria Dunne | 0.60 | 171.00 | Review and analyze Affidavit of Joanna Davis in preparation for developing discovery plan. |
| 1/30/2019 | Victoria Dunne | 0.40 | 114.00 | Review and analyze Affidavit of Devorshia Janell Russell in preparation for developing discovery plan. |
| 1/30/2019 | Victoria Dunne | 0.10 | 28.50 | Review and analyze Affidavit of Jeffrey L. Webb in preparation for developing discovery plan. |
| 1/30/2019 | Victoria Dunne | 0.10 | 28.50 | Review and analyze SESH's Certificate of Formation in preparation for developing discovery plan. |
| 1/30/2019 | Victoria Dunne | 0.70 | 199.50 | Review and analyze Excellence Medical Group's Mutual Nondisclosure Agreement in preparation for developing discovery plan. |
| 1/30/2019 | Victoria Dunne | 0.40 | 114.00 | Review and analyze SESH's Business Associates Agreement in preparation for developing discovery plan. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 1/30/2019 | Victoria Dunne | 0.20 | 57.00 | Review and analyze August 31, 2016 SESH Committee Meeting Minutes in preparation for developing discovery plan. |
| 1/30/2019 | Victoria Dunne | 0.10 | 28.50 | Review and analyze September 26, 2016 SESH Committee Meeting Minutes in preparation for developing discovery plan. |
| 1/30/2019 | Victoria Dunne | 0.70 | 199.50 | Review and analyze Exclusive Healthcare "Out of Network" Claims Billing Agreement in preparation for developing discovery plan. |
| 1/30/2019 | Victoria Dunne | 0.10 | 28.50 | Review and analyze outline of contract executed by Ms. Davis, and other executives of interest, on behalf of SESH in preparation for developing discovery plan. |
| 1/31/2019 | Carmen Boubek | 0.60 | 78.00 | (Paralegal) Assist with the preparation of motion for partial summary judgment hearing. |
| 1/31/2019 | Carmen Boubek | 1.20 | 156.00 | (Paralegal) Attend conference regarding discovery issues |
| 1/31/2019 | Carmen Boubek | 5.10 | 663.00 | (Paralegal) Continue to analyze 10,000 documents produced by parties |
| 1/31/2019 | Andrea Marconi | 2.80 | 1,050.00 | Review summaries of extensive new file documents including privileged documents, drafts, emails and other file materials newly received in case from Schian Walker and evaluate strategy for review of same along with further evaluation of strategy for potential database assistance to review all case documents and assess other discovery and document review strategies (1.0); strategy meeting with legal team to prepare and evaluate strategy for review and analysis of documents produced and voluminous file materials received from Schian Walker, upcoming depositions, and discovery efforts (1.2); draft detailed correspondence to client [redacted for privilege](.2); further evaluate document review and discovery strategy, including review proposals for particular database management systems and draft detailed correspondence to client regarding same (.4). |
| 1/31/2019 | Sara Witthoft | 3.20 | 1,040.00 | Meeting with Andrea Marconi, Victoria Dunne, and Carmen Boubek to discuss outstanding issues and strategy relating to discovery, document review, and preparation for depositions (1.4); review and analyze text messages between Joanna Davis and Jeff Webb disclosed by ARS (.5); review email correspondence with Doug Lowden regarding [redacted for privilege] (.2); review and revise draft protective order (1.1). |
| 1/31/2019 | Victoria Dunne | 1.00 | 285.00 | Develop document review plan identifying items and topics of special interest. |

| Date | Timekeeper | Description | Amount | Hours |
|---|---|---|---|---|
| 1/31/2019 | Victoria Dunne | Review and analyze text messages between Ms. Davis and Mr. Webb to determine whether they tend to support SESH's threatened fraud claims. | 114.00 | 0.40 |
| 1/31/2019 | Victoria Dunne | Review and analyze remaining ten exhibits to Plaintiff's Statement of Facts in Support of Motion for Partial Summary Judgment in preparation for developing discovery strategy. | 969.00 | 3.40 |
| 2/1/2019 | Carmen Boubek | (Paralegal) Continue to analyze documents produced by parties | 507.00 | 3.90 |
| 2/1/2019 | Andrea Marconi | Work on further issues and strategy for document review and database set up (.2). | 75.00 | 0.20 |
| 2/1/2019 | Sara Witthoft | Review and analyze ARS's motion for partial summary judgment, accompanying statement of facts, and exhibits (3.7); read and consider Kyle Hirsch's email to Brian Kilmer for purposes of introduction and regarding depositions to be scheduled (.2). | 1,267.00 | 3.90 |
| 2/1/2019 | Victoria Dunne | Review and analyze Plaintiff's Responses to Mandatory Initial Discovery Requests in preparation for engaging in discovery. | 199.50 | 0.70 |
| 2/1/2019 | Victoria Dunne | Review and analyze Plaintiff's First Supplemental Responses to Mandatory Initial Discovery Requests in preparation for engaging in discovery. | 171.00 | 0.60 |
| 2/1/2019 | Victoria Dunne | Review and analyze Plaintiff's Second Supplemental Responses to Mandatory Initial Discovery Requests in preparation for engaging in discovery. | 28.50 | 0.10 |
| 2/1/2019 | Victoria Dunne | Review and analyze Plaintiff's Third Supplemental Responses to Mandatory Initial Discovery Requests in preparation for engaging in discovery. | 28.50 | 0.10 |
| 2/1/2019 | Victoria Dunne | Review and analyze Plaintiff's Disclosure Regarding Citizenship with attachments in preparation for engaging in discovery. | 28.50 | 0.10 |
| 2/1/2019 | Victoria Dunne | Review and analyze Plaintiff's Fourth Supplemental Responses to Mandatory Initial Discovery Requests in preparation for engaging in discovery. | 28.50 | 0.10 |
| 2/1/2019 | Victoria Dunne | Review and analyze Plaintiff's Fifth Supplemental Responses to Mandatory Initial Discovery Requests in preparation for engaging in discovery. | 28.50 | 0.10 |
| 2/1/2019 | Victoria Dunne | Review and analyze SESH's Mandatory Initial Discovery Responses in preparation for engaging in discovery. | 28.50 | 0.10 |
| 2/1/2019 | Victoria Dunne | Review and analyze Plaintiff's Response to SESH's First Set of Requests for Production in preparation for engaging in discovery. | 142.50 | 0.50 |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 2/1/2019 | Victoria Dunne | 0.10 | 28.50 | Review and analyze Plaintiff's First Supplemental Response to SESH's First Set of Requests for Production in preparation for engaging in discovery. |
| 2/1/2019 | Victoria Dunne | 0.10 | 28.50 | Review and analyze Plaintiff's Second Supplemental Response to SESH's First Set of Requests for Production in preparation for engaging in discovery. |
| 2/1/2019 | Victoria Dunne | 0.50 | 142.50 | Review and analyze SESH's Response to Plaintiff's First Set of Requests for Production in preparation for engaging in discovery. |
| 2/1/2019 | Victoria Dunne | 0.60 | 171.00 | Review and analyze SESH's First Amended Response to SESH's First Set of Requests for Production in preparation for engaging in discovery. |
| 2/1/2019 | Victoria Dunne | 0.60 | 171.00 | Review and analyze SESH's Response to Plaintiff's First Set of Requests for Admissions in preparation for engaging in discovery. |
| 2/1/2019 | Victoria Dunne | 0.60 | 171.00 | Review and analyze SESH's Response to Plaintiff's Non-Uniform Interrogatories in preparation for engaging in discovery. |
| 2/1/2019 | Victoria Dunne | 0.70 | 199.50 | Review and analyze SESH's Amended Response to Plaintiff's First Set of Requests for Admissions in preparation for engaging in discovery. |
| 2/1/2019 | Victoria Dunne | 0.30 | 85.50 | Review and analyze SESH's Response to Plaintiff's Request for Admissions. |
| 2/1/2019 | Victoria Dunne | 0.40 | 114.00 | Review and analyze SESH's Amended Response to Plaintiff's Request for Admissions. |
| 2/1/2019 | Victoria Dunne | 0.40 | 114.00 | Review and analyze SESH's Amended Response to Plaintiff's Request for Production. |
| 2/1/2019 | Victoria Dunne | 0.40 | 114.00 | Review and analyze SESH's Response to Plaintiff's Request for Production. |
| 2/1/2019 | Victoria Dunne | 0.20 | 57.00 | Review and analyze SESH's Response to Plaintiff's Second Set of Non-Uniform Interrogatories in preparation for engaging in discovery. |
| 2/1/2019 | Victoria Dunne | 0.10 | 28.50 | Review and analyze SESH's Responses to Plaintiff's Second Set of Requests for Production in preparation for engaging in discovery. |
| 2/1/2019 | Victoria Dunne | 0.10 | 28.50 | Review and analyze Davis' Response to Plaintiff's First Set of Non-Uniform Interrogatories. |
| 2/1/2019 | Victoria Dunne | 0.20 | 57.00 | Review and analyze Davis' Response to Plaintiff's Request for Production. |
| 2/4/2019 | Carmen Boubek | 7.20 | 936.00 | (Paralegal) Analyze documents produced by SESH |

| | | | |
|---|---|---|---|
| 2/4/2019 | Andrea Marconi | 2.10 | 787.50 | Evaluate issues and strategy regarding status of review of potentially privileged documents and efforts by Schian Walk regarding same, marking of privileged documents and whether any privilege log exists (.2); review and exchange correspondence with Mr. Kilmer, new Texas counsel for SESH regarding upcoming depositions and related issues (.1); evaluate issues and legal requirements concerning whether pro hac vice admission in Arizona is required for SESH Texas counsel to take depositions and briefly evaluate potential objection strategy (.2); review and revise draft protective order for use in case and proposal to SESH counsel and evaluate best way to handle designating voluminous already-produced documents (1.1); brief analysis of new facts learned from Houston case involving EMG and allegations that will underlie proposed counterclaims and cross-claims in case (.4); correspondence to client regarding [redacted for privilege] (.1). |
| 2/4/2019 | Sara Witthoft | 2.90 | 942.50 | Review email correspondence with Brian Kilmer regarding depositions to be scheduled and pro hac vice admission (.2); review and consider email from Cody Jess regarding status of document review at time of file transfer (.3); review and analyze Rule 56(d) briefing and exhibits thereto (1.3); further review protective order and confer with Andrea Marconi regarding revisions thereto (.6); meeting with Andrea Marconi regarding review of exhibits to motion for partial summary judgment and issues related thereto (.3); email to Kyle Hirsch and Dan Crane forwarding draft protective order for review and comment (.2). |
| 2/4/2019 | Victoria Dunne | 1.40 | 399.00 | Review and analyze pertinent legal authority regarding the unauthorized practice of law in preparation for preparing Admission Requirement for Depositions in District Court Memorandum. |
| 2/4/2019 | Victoria Dunne | 1.80 | 513.00 | Review and analyze pertinent legal authority regarding admission to the bar in preparation for preparing Admission Requirement for Depositions in District Court Memorandum. |
| 2/4/2019 | Victoria Dunne | 1.30 | 370.50 | Review and analyze pertinent legal authority regarding consequences associated with opposing counsel's failure to comply with admission requirements in preparation for preparing Admission Requirement for Depositions in District Court Memorandum. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 2/4/2019 | Victoria Dunne | 0.50 | 142.50 | Begin preparing Admission Requirement for Depositions in District Court Memorandum. |
| 2/4/2019 | Victoria Dunne | 0.70 | 199.50 | Prepare "Material Facts" section of Admission Requirement for Depositions in District Court Memorandum. |
| 2/4/2019 | Victoria Dunne | 0.60 | 171.00 | Prepare "Applicable Law" section of Admission Requirement for Depositions in District Court Memorandum. |
| 2/4/2019 | Victoria Dunne | 2.30 | 655.50 | Prepare "Pro Hac Vice Admission Procedure for District Court" section of Admission Requirement for Depositions in District Court Memorandum. |
| 2/4/2019 | Victoria Dunne | 0.30 | 85.50 | Prepare "Unauthorized Practice of Law" section of Admission Requirement for Depositions in District Court Memorandum. |
| 2/4/2019 | Victoria Dunne | 1.10 | 313.50 | Prepare "Deposition-Specific Rules" section of Admission Requirement for Depositions in District Court Memorandum. |
| 2/4/2019 | Victoria Dunne | 0.90 | 256.50 | Prepare "Non-Recoverable Attorneys' Fees" section of Admission Requirement for Depositions in District Court Memorandum. |
| 2/5/2019 | Carmen Boubek | 4.80 | 624.00 | (Paralegal) Continue to analyze documents produced by defendant |
| 2/5/2019 | Sara Witthoft | 0.60 | 195.00 | Review and analyze Victoria Dunne's memorandum regarding requirement that Brian Kilmer be admitted pro hac vice to participate in Texas depositions (.3); review SESH's notice of deposition of ARS's Rule 30(b)(6) representative and analyze topics listed therein (.2); review and consider text minute entry order granting Brian Kilmer's application for admission pro hac vice (.1). |
| 2/5/2019 | Victoria Dunne | 1.60 | 456.00 | Review and analyze pertinent legal authority regarding Texas and Arizona ethical rules in preparation for preparing Admission Requirement for Depositions in District Court Memorandum. |
| 2/5/2019 | Victoria Dunne | 3.40 | 969.00 | Prepare "Ethical Rules" section of Admission Requirement for Depositions in District Court Memorandum. |
| 2/5/2019 | Victoria Dunne | 0.80 | 228.00 | Prepare "Conclusion" section of Admission Requirement for Depositions in District Court Memorandum. |
| 2/5/2019 | Victoria Dunne | 1.20 | 342.00 | Review and revise Admission Requirement for Depositions in District Court Memorandum. |
| 2/6/2019 | Carmen Boubek | 1.00 | 130.00 | (Paralegal) Assist with the preparation of ARS 30(b)96) deposition and witness prep. |
| 2/6/2019 | Carmen Boubek | 4.10 | 533.00 | (Paralegal) Continue to analyze 20,000 pages of documents produced by SESH |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 2/6/2019 | Andrea Marconi | 0.30 | 112.50 | Review and exchange correspondence with Mr. Kilmer regarding upcoming depositions and related issues (.1); correspondence with client regarding same (.1); preliminary correspondence with Mr. Webb regarding deposition scheduling and issues (.1). |
| 2/6/2019 | Sara Witthoft | 0.40 | 130.00 | Review and consider email from Brian Kilmer regarding pro hac vice admission and scheduling of depositions (.2); review and consider emails from Doug Lowden and Jeff Webb regarding [redacted for privilege] (.2). |
| 2/7/2019 | Carmen Boubek | 1.90 | 247.00 | (Paralegal) Continue to analyze 50,000 pages of documents produced by parties |
| 2/7/2019 | Carmen Boubek | 1.40 | 182.00 | (Paralegal) Attending conference regarding discovery procedures |
| 2/7/2019 | Andrea Marconi | 1.90 | 712.50 | Review filings with court for substitution of counsel and email to client regarding same (.1); assess strategy and next steps for upcoming depositions and coordination with new counsel regarding protective order (.3); attend training meeting regarding new document database and evaluate further strategy for document review (1.3); evaluate nature of documents not received from SESH or withheld for confidentiality issues and assess communication to counsel regarding same (.1); draft case update correspondence to client (.1). |
| 2/7/2019 | Sara Witthoft | 2.30 | 747.50 | Review SESH's ex parte motion for withdrawal and substitution of counsel (.2); confer with Andrea Marconi regarding strategy with respect to same, protective order, and scheduling depositions (.4); participate in training for document database (1.2); emails to and from Matthew Kelly regarding protective order and scheduling of depositions (.2); email to Kyle Hirsch and Dan Crane regarding motion for withdrawal and follow up regarding SESH documents not included in Schian Walker's file (.2); review order granting motion for withdrawal and substitution of counsel for SESH (.1). |
| 2/7/2019 | Victoria Dunne | 1.40 | 399.00 | Strategize details and logistics of in depth document review initiative in preparation for upcoming depositions. |
| 2/8/2019 | Carmen Boubek | 3.10 | 403.00 | (Paralegal) Continue to analyze documents produced by parties |
| 2/8/2019 | Victoria Dunne | 1.90 | 541.50 | Review and analyze ARS16001-16,288 in preparation for engaging in discovery. |
| 2/11/2019 | Carmen Boubek | 0.30 | 39.00 | (Paralegal) Analyze privilege documents provided by Schian Walker |
| 2/11/2019 | Victoria Dunne | 8.90 | 2,536.50 | Review and analyze ARS16,289-18,503 in preparation for engaging in discovery. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 2/12/2019 | Sara Witthoft | 0.20 | 65.00 | Meeting with Victoria Dunne regarding issues related to review of disclosed documents |
| 2/12/2019 | Victoria Dunne | 7.50 | 2,137.50 | Review and analyze ARS18,504-19,642 in preparation for engaging in discovery |
| 2/13/2019 | Sara Witthoft | 0.40 | 130.00 | Email to Kyle Hirsch and Dan Crane to follow up regarding documents disclosed and withheld by SESH (.2); email to Matthew Kelly and Kevin McCoy to follow up regarding review of draft protective order (.2). |
| 2/13/2019 | Victoria Dunne | 6.90 | 1,966.50 | Review and analyze ARS019643-22224 in preparation for engaging in discovery. |
| 2/18/2019 | Andrea Marconi | 0.70 | 262.50 | Review and exchange numerous emails with counsel for SESH regarding various deposition issues and draft protective order (.2); evaluate related issues and strategy for same (.3); assess issues regarding scheduling of ARS depositions requested by SESH and review and exchange emails with client and further emails exchanged with SESH counsel regarding same (.2). |
| 2/18/2019 | Sara Witthoft | 0.80 | 260.00 | Review email correspondence from Brian Kilmer regarding scheduling depositions of Joanna Davis and Devorshia Russell and confer with Andrea Marconi regarding same (.3); review and consider email correspondence from Doug Lowden and Jeff Webb regarding depositions (.3); review and consider email correspondence with Matt Kelly regarding scheduling depositions of Drs. Lee or Nagler, and Jeff Webb (.2) |
| 2/19/2019 | Carmen Boubek | 3.30 | 429.00 | (Paralegal) Continue to analyze documents produced by parties for preparation of 30(b)(6) depositions |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 2/19/2019 | Andrea Marconi | 1.80 | 675.00 | Evaluate further strategy for upcoming depositions of Ms. Davis and Ms. Russell and analyze strategy regarding timing and other issues for SESH and Dr. Baig depositions, including assess whether to conduct same prior to SESH MSJ response or not (.4); telephone call with Mr. Kelly and S. Witthoft regarding comments to draft protective order, next steps in case, including discovery and document production issues, and possible settlement discussions (.4); further evaluate case strategy and next steps in light of call (.3); draft detailed correspondence to Mr. Lowden regarding [redacted for privilege] (.1); assess nature of ARS documents reviewed and analyzed thus far in case and evaluate potential use for same in upcoming depositions, as well as evaluate redaction issues and confidentiality concerning patient information and consider further issues and next steps in document review and analysis (.6). |
| 2/19/2019 | Sara Witthoft | 1.90 | 617.50 | Meeting with Andrea Marconi to discuss strategy with respect to deposition of Dr. Baig and scheduling of depositions of Joanna Davis, Devorshia Russell, Dr. Lee or Dr. Nagler, and Rule 30(b)(6) representatives (.3); telephone calls from (voicemail) and to Matt Kelly regarding review of protective order and revisions thereto, scheduling of depositions, and potential settlement negotiations (.3); review email correspondence with Doug Lowden regarding [redacted for privilege] (.2); review and revise draft protective order and email to Matt Kelly regarding same (.7); meeting with Andrea Marconi and Victoria Dunne regarding review of disclosed documents and strategy with respect to review going forward (.4). |
| 2/19/2019 | Victoria Dunne | 1.40 | 399.00 | Review and analyze ARS024534-24728 in preparation for engaging in discovery. |
| 2/19/2019 | Victoria Dunne | 7.10 | 2,023.50 | Review and analyze ARS022224-23134 in preparation for engaging in discovery. |
| 2/20/2019 | Carmen Boubek | 6.10 | 793.00 | (Paralegal) Continue to analyze documents produced by parties for preparation of 30(b)(6) depositions |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 2/20/2019 | Andrea Marconi | 0.40 | 150.00 | Brief analysis and consideration of potential subpoenas to SESH's new medical billing providers and related issues, including strategic timing of same and confer with Mr. Lowden regarding same (.2); evaluate issues and strategy after request to re-commence settlement discussions raised by new SESH counsel and review and draft communications with client regarding same and next steps (.2). |
| 2/20/2019 | Sara Witthoft | 0.80 | 260.00 | Read and consider emails from Doug Lowden regarding [redacted for privilege] (.3); review email correspondence with Doug Lowden pertaining to[redacted for privilege] (.3); confer with Victoria Dunne regarding review of Dr. Baig's deposition transcript in Texas matter and implications with respect to arguments regarding Davis's authority (.2). |
| 2/20/2019 | Victoria Dunne | 3.20 | 912.00 | Review and analyze transcript of Dr. Baig's May 2017 deposition testimony in the Texas matter, with numerous exhibits, in preparation for engaging in discovery. |
| 2/20/2019 | Victoria Dunne | 5.90 | 1,681.50 | Review and analyze ARS024534-25198 in preparation for engaging in discovery. |
| 2/21/2019 | Carmen Boubek | 3.10 | 403.00 | (Paralegal) Continue to analyze document produced for preparation of depositions |
| 2/21/2019 | Sara Witthoft | 2.20 | 715.00 | Review and analyze deposition testimony of Mirza Baig in Texas against against EMG defendants (1.7); email to Brian Kilmer to follow up on notices of Joanna Davis and Devorshia Russell depositions (.2); review and analyze email exchanges between Cody Jess and Evan Schube relating to affidavits and dismissal of Joanna Davis and Devorshia Russell (.3). |
| 2/21/2019 | Victoria Dunne | 9.20 | 2,622.00 | Review and analyze ARS000587-2298 in preparation for engaging in discovery. |
| 2/22/2019 | Andrea Marconi | 0.20 | 75.00 | Evaluate communication from SESH counsel regarding Davis and Russell depositions and evaluate related issues in light of apparent attempt to limit time for same (.2). |
| 2/22/2019 | Sara Witthoft | 0.90 | 292.50 | Review email from Brian Kilmer regarding depositions of Joanna Davis and Devorshia Russell and short availability as communicated by their counsel, and consider strategy and next steps with respect to same. |
| 2/22/2019 | Victoria Dunne | 7.40 | 2,109.00 | Review and analyze ARS002299-6938 in preparation for engaging in discovery. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 2/25/2019 | Andrea Marconi | 0.50 | 187.50 | Evaluate strategy issues regarding settlement posture with SESH and related communications as well as upcoming depositions of Ms. Russell and Ms. Davis and related discovery issues and strategy (.5). |
| 2/25/2019 | Sara Witthoft | 0.70 | 227.50 | Telephone calls to and from Matt Kelly to follow up on protective order, depositions of Joanna Davis and Devorshia Russell, and potential re-engagement in settlement negotiations (.4); meeting with Andrea Marconi regarding strategy with respect to depositions of Joanna Davis and Devorshia Russell (.3) |
| 2/25/2019 | Victoria Dunne | 7.10 | 2,023.50 | Review and analyze ARS006939-7668 in preparation for engaging in discovery. |
| 2/26/2019 | Andrea Marconi | 2.00 | 750.00 | Evaluate communications with Mr. Kelly regarding amended pleading deadline as well as request for mediation and analyze strategy for same, including assess benefits or drawbacks of mediation as opposed to continuing with informal settlement discussions (.4); telephone call with client to discuss[redacted for privilege] (.5); begin to review and analyze in detail statement of facts in support of motion for partial summary judgment and voluminous exhibits filed with same (1.1). |
| 2/26/2019 | Sara Witthoft | 0.90 | 292.50 | Meeting with Andrea Marconi to analyze issues and strategy with respect to communication with Matt Kelly regarding time constraints on depositions of Davis and Russell, intentions with respect to amending complaint, and re-engagement in settlement negotiations and/or mediation (.4); teleconference with Tyler Grim and Doug Lowden regarding [redacted for privilege] (.5) |
| 2/26/2019 | Victoria Dunne | 3.20 | 912.00 | Review and analyze ARS007669-8004 in preparation for engaging in discovery. |
| 2/27/2019 | Carmen Boubek | 2.40 | 312.00 | (Paralegal) Analyze privilege documents for preparation of privilege log |
| 2/27/2019 | Andrea Marconi | 1.00 | 375.00 | Evaluate strategy issues regarding document review and analysis, including identifying key documents for depositions of Ms. Davis and Ms. Russell (.4); further evaluate strategy for settlement discussions with Mr. Kelly and timing of same (.1); analyze preliminary question strategy for Davis and Russell depositions (.5). |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 2/27/2019 | Sara Witthoft | 3.20 | 1,040.00 | Meeting with Andrea Marconi regarding strategy with respect to settlement communication with Matt Kelly, document review, and preparation for depositions of Joanna Davis and Devorshia Russell (.4); analyze motion for partial summary judgment and exhibits thereto and prepare for depositions of Davis and Russell (2.6); work with Carmen Boubek to conduct searches of documents produced in anticipation of depositions of Davis and Russell (.3). |
| 2/27/2019 | Victoria Dunne | 7.40 | 2,109.00 | Review and analyze ARS008005-ARS011415 in preparation for engaging in discovery. |
| 2/28/2019 | Carmen Boubek | 2.10 | 273.00 | (Paralegal) Continue to analyze privilege documents for preparation of privilege log. |
| 2/28/2019 | Andrea Marconi | 2.70 | 1,012.50 | Continue reviewing and analyzing voluminous exhibits to statement of facts in support of partial motion for summary judgment and evaluate same to consider potential exhibits and topics for questioning of Ms. Davis and Ms. Russell during deposition (2.2); evaluate new filings related to Ms. Davis in Texas cases, including potential admission of facts contrary to positions in current case and assess strategy related to same for depositions (.5). |
| 2/28/2019 | Sara Witthoft | 5.60 | 1,820.00 | Review and analyze documents exhibited to motion for partial summary judgment in preparation for depositions of Joanna Davis and Devorshia Russell (1.2); review and analyze documents produced by ARS in preparation for depositions of Joanna Davis and Devorshia Russell (2.1); review bankruptcy court dockets for EMG and Joanna Davis and related adversary proceeding filed by SESH and analyze recent filings (.9); begin to prepare outline for deposition of Joanna Davis (1.1); meeting with Andrea Marconi regarding strategy relating to deposition of Joanna Davis (.3). |
| 2/28/2019 | Victoria Dunne | 7.80 | 2,223.00 | Review and analyze ARS011416-16000 in preparation for engaging in discovery. |

| | | |
|---|---|---|
| 3/1/2019 Andrea Marconi | 1.20 | 450.00 Evaluate next steps in case in light of no motion to amend filed by SESH (.3); receive update on communications with Mr. Kelly today and evaluate strategy for upcoming depositions and potential objections to raise on record (.3); evaluate strategy for continued settlement discussions in light of communications with Mr. Kelly (.2); review final protective order and motion for filing (.1); review correspondence to client with various case updates (.1); assess preliminary strategy regarding Vadim and Summit subpoenas and correspond with Mr. Lowden regarding same (.2) |
| 3/1/2019 Sara Witthoft | 5.40 | 1,755.00 Telephone calls to and from Matt Kelly to follow up on settlement discussion, protective order, and depositions of Joanna Davis and Devorshia Russell (.4); email to Brian Kilmer to follow up regarding time constraints on depositions of Joanna Davis and Devorshia Russell and deposition subpoenas (.3); confer with Andrea Marconi regarding communication with Matt Kelly and strategy with respect to depositions of Joanna Davis and Devorshia Russell (.3); finalize proposed protective order, prepare joint motion for entry of same, and email to Matt Kelly for review and comment (.6); review bankruptcy filings for Davis and Russell's chapter 7 proceedings and SESH adversary proceeding (.7); telephone call to Davis and Russell's bankruptcy counsel, Susan Tran (voicemail) (.2); review and analyze fact discovery deadlines (.2); emails to and from Doug Lowden regarding [redacted for privilege] (.6); review ARS and SESH documents and prepare for depositions of Joanna Davis and Devorshia Russell (2.1). |

| 3/4/2019 | Andrea Marconi | 4.20 | 1,575.00 | Evaluate preliminary strategy regarding possible additional written discovery requests to propound on SESH prior to upcoming deadline (.2); evaluate strategy issues regarding potential expert witnesses and rebuttal testimony that may be needed in advance of upcoming deadline (.4); analysis of strategy issues regarding upcoming depositions in light of lack of communication from SESH counsel or receipt of subpoenas (.2); review notices of Rule 2004 exams issued in Texas for Davis and Russell on date of our civil depositions and evaluate related legal issues and strategy, including how to preserve objections and response to same (.9); telephone call with Davis and Russell's bankruptcy lawyer regarding depositions (.2); review and exchange detailed numerous correspondence to SESH counsel regarding depositions, Rule 2004 notices and related issues (.3); review and exchange further communications with counsel for SESH and evaluate strategy issues concerning depositions in light of problems raised regarding same (.3); evaluate strategy concerning SESH potential consideration for more time on discovery and opposition of same (.2); review key communications from Ms. Davis from ARS documents produced in case (.3); review and exchange further communications with SESH counsel regarding depositions and SESH request for extension of discovery deadlines and ARS objections to same (.2); review motion for extension filed by SESH and evaluate argument strategy for response (.6); draft correspondence to client regarding same (.2); further assess response strategy including whether to agree to later depositions if SESH will keep same response date for pending MSJ (.2). |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 3/4/2019 | Sara Witthoft | 6.30 | 2,047.50 | Analyze deadlines related to written discovery and expert disclosures and confer with Andrea Marconi regarding strategy relating thereto (.3); telephone call (voicemail) to Brian Kilmer to follow up regarding depositions of Joanna Davis and Devorshia Russell (.2); follow up email to Matt Kelly regarding joint motion for entry of protective order (.2); revise and finalize said joint motion (.2); numerous emails from and to Matt Kelly and Brian Kilmer regarding Rule 2004 notices filed in Davis and Russell's bankruptcy cases and regarding SESH's suggestion that deadlines be extended because of Davis and Russell's time constraints (1.1); review notices of Rule 2004 examinations filed by Susan Tran, bankruptcy counsel to Davis and Russell (.2); telephone call to Susan Tran regarding same (.4); emails from and to Tran regarding attempt to correct notices to be depositions conducted in Davis and Russell's bankruptcy cases (.2); emails to and from Brian Kilmer and Matt Kelly regarding ARS's objection to motion to extend deadline for completion of said depositions (.5); review and analyze SESH's motion to extend said deadlines and review and analyze emails with respect to timeline related to scheduling said depositions (.9); confer with Andrea Marconi regarding strategy with respect to response to said motion (.4); emails to and from Matt Kelly regarding same and regarding SESH's intentions with respect to deadline for response to motion for partial summary judgment (.3); begin to prepare response to motion to extend deadline for completion of depositions of Davis and Russell (1.4). |
| 3/5/2019 | Andrea Marconi | 2.30 | 862.50 | Evaluate communications with court regarding deadline to file response today (.1); debrief regarding further communications with Mr. Kelly this morning and evaluate next steps and strategy regarding motion to continue, response, and upcoming depositions in light of same (.4); draft and exchange further correspondence with client regarding same and recommendations for next steps (.2); revise and supplement draft response to motion for continuance, correspond with client regarding draft, prepare proposed order and otherwise finalize documents for filing today (1.6). |

| Date | Name | Amount | Description |
|---|---|---|---|
| 3/5/2019 | Sara Witthoft | 8.30 | 2,697.50 | Telephone calls to and from Judge Lanza's chambers regarding opportunity to file response to SESH's motion to extend deadline for completion of Davis and Russell depositions (.3); telephone call from Matt Kelly regarding said motion, deadline for response to pending motion for partial summary judgment, and potential to reschedule said depositions for first week of April if April 12 response deadline remains in place (.5); follow up email to Matt Kelly regarding said potential resolution (.2); continue to prepare response to said motion (3.9); email forwarding same to Doug Lowden for review and confer with Lowden regarding same (.2); review and finalize proposed order denying said motion and finalize exhibits to said response (.3); prepare for telephonic meeting with Doug Lowden regarding [redacted for privilege] (.3); telephonic meeting with Doug Lowden regarding [redacted for privilege] (.5); prepare for depositions of Joanna Davis and Devorshia Russell (2.1). |
| 3/5/2019 | Victoria Dunne | 2.40 | 684.00 | Begin reviewing SESH's responses to ARS's discovery requests in preparation for determining whether additional requests should be propounded. |
| 3/6/2019 | Carmen Boubek | 1.80 | 234.00 | (Paralegal) Assist with the preparation of 30(b)(6) witness depositions |

| 3/6/2019 | Andrea Marconi | 4.20 | 1,575.00 | Review and analyze numerous communications with SESH counsel regarding depositions of Davis and Russell and continuing issues with same (.2); evaluate strategy for next steps and dealing with continued deposition issues, including how to handle potential last minute cancellation for depositions and seeking fees and costs for same (.9); analysis of updated accounting on contract damages from client (.1); evaluate strategy for propounding additional discovery to SESH prior to deadline, including consider prior requests propounded and issues to focus on going forward (.4); review and analyze order from court denying SESH request for extension of time to conduct discovery and evaluate impact of same on depositions tomorrow (.2); review and exchange numerous detailed communications with SESH counsel regarding depositions and objections to their continued desire to keep depositions noticed in the bankruptcy case and evaluate related strategy for objections on record tomorrow (.4); draft and exchange correspondence with client regarding [redacted for privilege] (.1); exchange further correspondence with SESH counsel regarding depositions tomorrow and related issues and evaluate strategy regarding same, including whether to allow any continued depositions in April after court order (.2); evaluate strategy for later depositions in case and potential expert testimony needed (1.2); further correspondence with SESH counsel regarding issues for tomorrow depositions and how to handle potential objections and issues in the event depositions run out of time in light of new court ruling disallowing any extension and evaluate related strategy issues (.4); draft correspondence to client regarding [redacted for privilege](.1). |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 3/6/2019 | Sara Witthoft | 12.10 | 3,932.50 | Confer with Andrea Marconi regarding strategy with respect to status of depositions of Davis and Russell in light of SESH's pending motion to extend deadline for same (.3); telephone call from Matt Kelly regarding same (.2); emails to and from Matt Kelly regarding same (.3); review documents and prepare for depositions of Joanna Davis and Devorshia Russell (1.6); email to Matt Kelly and Brian Kilmer regarding reservation of right to seek award against SESH for travel time and travel cost if depositions are cancelled, and regarding intention to object on the record to depositions going forward without proper notices served (.3); travel to Houston for depositions of Joanna Davis and Devorshia Russell and during travel review and analyze Judge Lanza's order denying SESH's motion to extend deadline for same, review and analyze email correspondence between Andrea Marconi and Matt Kelly regarding noticing issues, and review and analyze documents, discovery responses, pleadings and other filings to prepare for defense of said depositions (5.8); continue to review documents, discovery responses, pleadings and other filings to prepare for defense of said depositions (3.6). |
| 3/6/2019 | Victoria Dunne | 4.30 | 1,225.50 | Identify documents material to upcoming depositions (1.2); Continue reviewing SESH's responses to ARS's discovery requests in preparation for determining whether additional requests should be propounded (.9); Assess utility and develop plan regarding propoundment of additional written discovery and follow-up questions for use during upcoming depositions considering previously received discovery responses from SESH (1.6); Strategize varying approaches at preparing for upcoming depositions in light of pending dispositive motion and the Court's refusal to modify discovery deadlines (.5); Review and analyze March 6, 2019 Order denying SESH's Motion to Extend Discovery Deadlines (.1). |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 3/7/2019 | Andrea Marconi | 4.10 | 1,537.50 | Review and exchange numerous emails with S. Witthoft and client regarding issues at this morning's depositions of Davis and Russell and cancellation of same (.2); telephone call with S. Witthoft to discuss same and evaluate strategy for next steps, including request for fees and costs for cancelled depositions and potential later subpoena for witnesses (.5); evaluate further strategy issues regarding request for fees and costs, including assess required procedure and meet and confer letter needed ahead of time (.5); analysis of case management order and judge's requirements for attorneys' fee requests and discovery disputes and evaluate same as it applies to current situation (.2); conduct legal research and analysis regarding legal requirements and case law authority in support of seeking sanctions for failure to conduct deposition or timely cancel and evaluate nature of sanction that may be imposed (1.6); evaluate further strategy and arguments for meet and confer and motion thereafter (.5); begin to review prior discovery requests to and responses from SESH and evaluate where follow up responses are needed as well as additional written discovery (.6). |
| 3/7/2019 | Sara Witthoft | 10.10 | 3,282.50 | Continue to prepare for depositions of Joanna Davis and Devorshia Russell (1.1); travel from hotel to Brian Kilmer's office for depositions of Joanna Davis and Devorshia Russell scheduled for 8:30 a.m. (.4); appear at Brian Kilmer's firm and confer with Brian Kilmer and Susan Tran regarding said depositions and miscommunication between Kilmer and Matt Kelly such that scheduled depositions are cancelled, and confer with Kilmer regarding same and regarding case in general (1.3); teleconference with Doug Lowden and Tyler Grim regarding [redacted for privilege] (.2); teleconference with Andrea Marconi regarding cancellation of depositions, related issues, and strategy with respect to same (.3); travel from Houston to Phoenix (6.4); meeting with Andrea Marconi to discuss strategy with respect to cancellation of depositions of Joanna Davis and Devorshia Russell and next steps with respect to seeking sanctions related thereto (.4). |
| 3/7/2019 | Victoria Dunne | 1.80 | 513.00 | Begin preparing written discovery requests to SESH. |
| 3/8/2019 | Carmen Boubek | 0.90 | 117.00 | (Paralegal) Analyze documents produced by SESH for SEM contracts |

| 3/8/2019 | Andrea Marconi | 4.80 | 1,800.00 | Evaluate whether proposed vendor contracts for billing and SEM contract identified by SESH have been produced and related issues (.3); continue to review prior discovery requests to and responses from SESH and evaluate where follow up responses are needed as well as additional written discovery ; evaluate issues and strategy further regarding additional depositions and discovery to seek prior to discovery deadline, including review of relevant papers and filings concerning same to evaluate strategy (.8); evaluate further strategy issues regarding potential expert testimony needed in support of claims and damages, including review of pertinent file papers and pleadings, in preparation for discussion with client regarding same today (.9); telephone conference with S. Witthoft and Messrs. Grim and Lowden to discuss various case strategy issues including expert testimony and upcoming discovery and depositions (.7); further evaluate strategy issues regarding same and review and analyze Dr. Francis motion to quash SESH subpoenas as well as motion to reconsider and hearing on same today (.4); evaluate strategy for scheduling of SESH and Dr. Baig depositions in light of summary judgment response and other timing considerations (.3); draft correspondence to SESH counsel regarding scheduling of same depositions (.1); further evaluate and work on strategy issues concerning additional discovery to propound on SESH (.9); continued work on strategy and considerations for third party subpoenas to actual and potential billing companies of SESH (.3); correspondence to SESH counsel regarding deadline for responses to ARS' third discovery requests (.1). |

| Date | Name | Amount | Description |
|---|---|---|---|
| 3/8/2019 | Sara Witthoft | 4.90 | 1,592.50 | Meeting with Andrea Marconi regarding written discovery to be propounded prior to March 12 deadline and regarding issues related to expert witness disclosures (.7); teleconference with Doug Lowden and Tyler Grim regarding [redacted for privilege] (.9); review disclosures and discovery responses and analysis with respect to outstanding discovery to be propounded (.9); meeting with Andrea Marconi and Victoria Dunne regarding written discovery to be propounded (.8); review briefing on SESH's motion to quash subpoena for documents and deposition of Dr. Richard Francis and review minute entry denying same (.7); review and analyze case law related to sanctions under Rule 30 with respect to SESH's cancellation of depositions of Joanna Davis and Devorshia Russell (.9). |
| 3/8/2019 | Victoria Dunne | 8.50 | 2,422.50 | Evaluate potential need to take special action to ensure that subpoenas issued to out of state non-parties are in compliance with the rules (.2); Prepare Fourth Set of Non-Uniform Interrogatories (2.9); Prepare Fourth Set of Requests for Production (2.8); Prepare Third Set of Requests for Admission (2.6). |
| 3/9/2019 | Andrea Marconi | 0.10 | 37.50 | Review order from Texas court on motion to reconsider filed by SESH concerning Dr. Francis motion to quash and send to client. |
| 3/10/2019 | Andrea Marconi | 2.20 | 825.00 | Continue review of prior discovery requests to and responses from SESH and evaluate where follow up responses are needed as well as additional written discovery (.8); revise and supplement drafts of additional written discovery to SESH (1.4). |
| 3/10/2019 | Sara Witthoft | 1.50 | 487.50 | Review and analyze disclosures and discovery responses served to date and consider same with respect to written discovery to be propounded (1.5). |
| 3/11/2019 | Carmen Boubek | 1.20 | 156.00 | (Paralegal) Prepare multiple subpoenas for records request |
| 3/11/2019 | Carmen Boubek | 2.10 | 273.00 | (Paralegal) Continue to prepare privilege log |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 3/11/2019 | Andrea Marconi | 5.60 | 2,100.00 | Detailed review and analysis of documents and contracts produced by SESH relating to other billing companies that SESH considered or actually contracted with for services, as well as conduct background research on Texas Medical Summit, Vadim, and Collect Rx in preparation for drafting subpoenas and document requests to same (1.8); evaluate strategy for potential notice to court regarding SESH's responses to ARS's third discovery requests outstanding and deadline for same if SESH does not respond (.1); review 2nd RFAs to SESH and evaluate issues and strategy to obtain responses to same (.1); draft follow up correspondence to SESH counsel concerning outstanding discovery responses and consequences if they are not answered by deadline (.1); review and analyze cease and desist letter and responses regarding alleged SESH use of ARS confidential patient forms (.1); further revise and refine draft of additional discovery requests to SESH (.6); draft detailed Exhibit A and requests for documents for subpoenas to Texas Medical Summit, Vadim, and Collect Rx (2.3); conduct additional background research on Texas Medical Summit and Vadim, which may be out of business, to assess proper addresses, stat agents, and service issues (.4); follow up correspondence to SESH counsel regarding outstanding discovery requests and timeline for responding to same (.1). |
| 3/11/2019 | Sara Witthoft | 6.20 | 2,015.00 | Review and revise 4th set of requests for production of documents, 4th set of non-uniform interrogatories, and 3rd set of requests for admission (2.6); meeting with Victoria Dunne regarding said revisions to written discovery requests (3); continue to revise said discovery requests and email forwarding same to Doug Lowden and Tyler Grim for review (2.0); emails from and to Doug Lowden regarding [redacted for privilege] (.2); prepare letter to Matt Kelly and Brian Kilmer demanding payment for attorney fees and expenses incurred with respect to cancelled depositions (1.1). |
| 3/11/2019 | Victoria Dunne | 5.60 | 1,596.00 | Review and revise draft discovery requests to eliminate potentially problematic components and increase clarity (2.7); Research various topics relevant to issuance of contemplated subpoenas including limited partnership agency, time for compliance, and service requirements (2.9). |
| 3/12/2019 | Carmen Boubek | 5.10 | 663.00 | (Paralegal) Continue to prepare privilege log |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 3/12/2019 | Andrea Marconi | 1.30 | 487.50 | Correspondence with client regarding [redacted for privilege] (.1); confer with Mr. Lowden regarding [redacted for privilege] (.1); further work on service issues regarding billing company subpoenas (.2); prepare attorney time and fees for March regarding cancelled Davis and Russell depositions to include in demand letter to SESH counsel and evaluate further arguments and strategy for letter and demand (.2); work on strategy issues for [redacted for privilege] (.2); review and provide comments to draft notice to file with court regarding deadline for SESH to respond to outstanding discovery (.1); review and analyze meet and confer request to SESH regarding deposition fees and sanctions and evaluate issues regarding redaction of invoices summaries for privilege (.3); confer with opposing counsel regarding new discovery requests from ARS (.1). |
| 3/12/2019 | Sara Witthoft | 6.00 | 1,950.00 | Prepare itemized listing of fees and costs incurred with respect to cancellation of depositions of Joanna Davis and Devorshia Russell and prepare accompanying letter to Matt Kelly and Brian Kilmer demanding compensation therefor pursuant to Fed. R. Civ. P. 30 (4.2); revise and finalize third set of requests for admission, fourth set of non-uniform interrogatories, and fourth set of requests for production of documents (1.2); revise notice of service of said discovery requests (2); review email correspondence from Matt Kelly regarding responses to previously-served discovery requests (2); review memorandum prepared by Victoria Dunne regarding issues related to service of subpoenas duces tecum on Vadim, Collect Rx, and Texas Medical Summit (2). |
| 3/12/2019 | Victoria Dunne | 0.50 | 142.50 | Identify methods for issuance of valid out of state subpoenas to numerous entities. |
| 3/13/2019 | Carmen Boubek | 0.30 | 39.00 | (Paralegal) Finalize multiple subpoenas for records request |

| | | |
|---|---|---|
| 3/13/2019 | Andrea Marconi | 5.10 | 1,912.50 | Evaluate case strategy issues, including upcoming expert witness deadline, follow up on meet and confer regarding fees request, and review and analysis of SESH documents and issuance of subpoenas (.5); assess correspondence from client regarding [redacted for privilege] (.3); follow up correspondence to SESH counsel regarding SESH witness depositions (.1); further evaluate service issues concerning subpoenas to billing companies and make final edits to same (1.5); review and analyze CV of potential expert witness and further assess and evaluate specific areas and topics of potential expert opinion needed (.4); analysis of various next steps and strategy in case, including assessing possible meet and confer on prior deficient discovery responses from SESH, completing document review of SESH and Davis documents, research and evaluation needed regarding experts and disclosure issues prior to deadline, and preparation for upcoming SESH depositions (1.7); review communication from, attempted call, and draft further correspondence with Mr. Kelly to discuss SESH depositions and settlement issues (.3); prepare notice of intent to serve subpoenas for filing with court (.2); briefly assess potential new expert witness for case, Mr. Levy (.1). |