**EXHIBIT C**

**TO MOTION FOR AWARD OF FEES AND COSTS**



**Schian Walker**
COMPLEX LITIGATION AND BANKRUPTCY

**Nathan T. Mitchler**
nathan@biz.law

May 11, 2017

*Via E-Mail Only [douglasl@advancedreimbursement.us]*

Advanced Reimbursement Solutions, LLC
c/o Douglas Lowden, Esq.
19820 North 7th Avenue, #230
Phoenix, Arizona 85027

    Re:   Representation

Dear Doug:

    Thank you for choosing to engage the services of our law firm to assist Advanced Reimbursement Solutions, LLC ("ARS") with respect to bringing claims against Spring Excellence Surgical Hospital, LLC for breaching its contract with ARS. As we discussed, we have set a fee deposit in the amount of $10,000 to secure the payment of attorneys' fees and costs incurred with this representation.

    As you may recall, the Arizona Rules of Professional Conduct require that a firm have a written fee agreement in all matters. Accordingly, transmitted herewith are copies of my firm's Billing Policies and Procedures, and Client File Maintenance Policy statements for your review.

    Please feel free to call me if you have any questions. If not, please have a representative of ARS sign and return a copy of this agreement, together with a check for the $10,000 fee deposit. Thank you for looking to our firm to assist you in this matter. Tyler and I look forward to working with you.

          Sincerely,

          Nathan T. Mitchler

NTM:dls
Enclosures

00351008.2

Advanced Reimbursement Solutions, LLC
May 11, 2017
Page 2

       I have read the above fee agreement, including the firm's Billing Policies and Procedures, and Client File Maintenance Policy statements, and hereby approve and agree to them.

                               ADVANCED REIMBURSEMENT
                               SOLUTIONS, LLC, an Arizona
                               limited liability company

                               By _Gregg B. McWaldd_

                               _GREGORY B. MASON MALDONADO_
                               [PRINTED NAME]

                               Its _PRESIDENT_

                               Date _5/12/2017_

**EXHIBIT D**

**TO MOTION FOR AWARD OF FEES AND COSTS**

**THORPE SHWER, P.C.**
Bradley D. Shwer (No. 022696)
Sara R. Witthoft (No. 023521)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: bshwer@thorpeshwer.com
Email: switthoft@thorpeshwer.com
Email: docket@thorpeshwer.com
*Attorneys for Plaintiff Advanced Reimbursement Solutions, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advanced Reimbursement Solutions, LLC, a Delaware limited liability company, | NO. 2:17-cv-01688-DWL |
| Plaintiff, | **STATEMENT OF CONSULTATION IN SUPPORT OF ADVANCED REIMBURSEMENT SOLUTIONS, LLC'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| vs. | |
| Spring Excellence Surgical Hospital, LLC, a Texas limited liability company, | |
| Defendant. | |

Pursuant to Local Rule 54.2(d)(1), undersigned counsel for Advanced Reimbursement Solutions, LLC submits this Statement of Consultation. Undersigned counsel personally met and conferred with Matthew Kelly, counsel for Defendant Spring Excellence Surgical Hospital, LLC, via telephone on February 20, 2020. Despite good faith efforts, the parties were unable to resolve any issues related to attorneys' fees other than the availability of an award of attorneys' fees to Plaintiff as the prevailing party and pursuant to the Court's award of reasonable attorneys' fees in accordance with the parties' Billing Agreement.

9142188

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THORPE SHWER, P.C.

DATED this 20th day of February 20, 2020.

THORPE SHWER, P.C.

By /s/ Sara R. Witthoft
    Bradley D. Shwer
    Sara R. Witthoft
    Attorneys for Plaintiff
    *Advanced Reimbursement Solutions, LLC*

1

9141727

**EXHIBIT E**

**TO MOTION FOR AWARD OF FEES AND COSTS**

THORPE SHWER, P.C.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advanced Reimbursement Solutions, LLC, a Delaware limited liability company, | NO. 2:17-cv-01688-DWL |
| Plaintiff, | **JUDGMENT FOR ATTORNEYS' FEES AND COSTS** |
| vs. | |
| Spring Excellence Surgical Hospital, LLC, a Texas limited liability company, | |
| Defendant. | |

The Court, having reviewed Plaintiff Advanced Reimbursement Solutions, LLC's Motion for Award of Attorneys' Fees and Costs, and good cause appearing,

**IT IS ORDERED** that judgment is entered in favor of Plaintiff Advanced Reimbursement Solutions, LLC and against Defendant Spring Excellence Surgical Hospital, LLC in the amount of $522,588.60, plus accruing post-judgment interest at the rate of ____ % per annum (pursuant to 28 U.S.C. § 1961), from the date of the entry of this Judgment until paid in full.

**IT IS FURTHER ORDERED** that this is a final judgment.

9142240